IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THU HO,<br><br>　　　　　Defendant. | Case No. 22-cv-00608-MMC<br><br>**ORDER OF DISMISSAL** |

The parties having jointly advised the Court that they have executed a settlement agreement,

IT IS HEREBY ORDERED that plaintiff Scott Johnson's claims alleged against defendant Thu Ho be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within ninety days, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: October 4, 2022

　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Nothing herein is intended to preclude the subsequent filing of a dismissal with prejudice.